1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH L. STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TANICHA JONES,<br><br>      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>  Acting Commissioner of Social Security,<br><br>      Defendant. | No. 2:18-cv-01094-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE CROSS- MOTION FOR SUMMARY JUDGMENT |

      IT IS HEREBY STIPULATED, by and between Tanicha Jones (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is November 5, 2018. The new due date will be December 5, 2018. The parties further stipulate that all other dates will be extended accordingly.

      Defendant requests this extension because the attorney responsible for briefing this case will need additional time to review and learn the more than 1,500-page record. The attorney assigned to brief this case also is new to the office of the undersigned, requiring additional time

for review by the undersigned attorney, who remains counsel of record. For all these reasons, Defendant requires an additional 30 days to prepare and file her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. This request is made in good faith with no intention to unduly delay the proceedings.

        Respectfully submitted,

        *s/ Monica Perales*
        MONICA PERALES
        Attorney for Plaintiff
        (by email authorization)

        MCGREGOR W. SCOTT
        United States Attorney

DATE: October 31, 2018    By  *s/ Daniel P. Talbert*
        DANIEL P. TALBERT
        Special Assistant United States Attorney

        Attorneys for Defendant

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 1, 2018.

        THE HONORABLE EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE