1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH L. STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (415) 977-8995
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TANICHA JONES, | No. 2:18-cv-1094-EFB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE CROSS- MOTION FOR SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Tanicha Jones (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is December 5, 2018. The new due date will be January 4, 2019. The parties further stipulate that all other dates will be extended accordingly.

Defendant requests this extension because the attorney responsible for briefing this case was out of the office for an extended period for family leave. In addition, the recent holidays in November and this week's unexpected closure of all executive agencies on Wednesday,

December 5, have further compressed the schedules of the attorney drafting the brief in this case and the undersigned attorney for the Commissioner for reviewing the briefing. The attorney assigned to brief this case also is new to the office of the undersigned attorney for the Commissioner, requiring additional time for review by the undersigned attorney, who remains counsel of record. For all these reasons, Defendant requires an additional 30 days to prepare and file her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

*s/ Monica Perales*
MONICA PERALES
Attorney for Plaintiff
(by email authorization)

MCGREGOR W. SCOTT
United States Attorney

DATE: December 3, 2018     By     *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 4, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE