# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANICHA C. JONES, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br>Commissioner of Social Security, <br><br> Defendant | Case No.: 2:18-cv-01094-EFB <br><br> [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,015.75 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. The Clerk is directed to terminate ECF No. 21.

DATED: January 29, 2020.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE